WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JOHN CRAIG**, | Case No. 3:15-cv-00529-BR |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security**, | |
| Defendant. | |

Additional attorneys' fees in the amount of $17,019.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to 42 U.S.C. § 406(b), based on the auxiliary benefit award. The court finds that the total fees awarded are reasonable. Any amount withheld from the auxiliary benefit award after all attorneys fees are paid should be released to the claimant.

DATED this 23rd day of January, 2017.

_____
The Honorable Anna J. Brown
United States District Court Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1